UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-1100 PAM/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| v. | ) ORDER DISMISSING ACTION |
| | ) |
| MARK ARHEBAMEN, | ) |
| | ) |
| RESPONDENT. | ) |

Upon the motion of the United States, duly served and filed, the above entitled matter is hereby dismissed without prejudice pursuant to Fed.R.Civ.P 41(a).

Dated: December 1, 2009

s/Paul A. Magnuson
Paul A. Magnuson
Senior District Judge
United States District Court